UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16cv62567

PATRICK GENTLES,

    Plaintiff,

v.

GENERAL REVENUE CORPORATION,

    Defendant.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

PATRICK GENTLES (the "**Plaintiff**") and GENERAL REVENUE CORPORATION (the "**Defendant**"), by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file their Joint Stipulation of Voluntary Dismissal with Prejudice of this action.  Each party is to bear their own attorneys' fees and costs.  All parties have reviewed this stipulation.

Respectfully submitted this 16th day of June, 2017.

| | |
|---|---|
| THE LAW OFFICES OF JIBRAEL S. HINDI<br>110 SE 6th Street, Suite 1744<br>Fort Lauderdale, FL 33301<br>Telephone: 954.907.1136<br>Facsimile: 855.529.9540<br><br>/s/ Jibrael Hindi<br>Jibrael S. Hindi<br>Florida Bar Number 118259<br>jibrael@jibraellaw.com<br><br>*Counsel for Plaintiff* | */s/ Ashley N. Rector*<br>Ashley N. Rector, Esq.<br>Florida Bar No. 0106605<br>Dayle M. Van Hoose, Esq.<br>Florida Bar No. 0016277<br>SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.<br>3350 Buschwood Park Drive, Suite 195<br>Tampa, Florida 33618<br>Telephone: (813) 440-5327<br>Facsimile: (866) 466-3140<br>arector@sessions.legal<br>dvanhoose@sessions.legal<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Jibrael S. Hindi
Jibrael S. Hindi, Esq.
Florida Bar No.118259
E-mail: jibrael@jibraellaw.com